# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Audio Record of Hearing Held

### _Hearing Information:_

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | COURTNEY BRYANT ROBERTS | | |
| **Case Number:** | 2:12-bk-05106-MCW | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 22, 2014 10:00 AM   7TH FLOOR #702 | | |

|  |  |
|---|---|
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | CHRISTINA JOHNSON |

|  |  |
|---|---|
| **Audio File Name:** | PHL01261898.MP3 |
| **Audio File Size:** | 5,311 KB |
| **Audio File Length:** | 00:11:19 |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

**This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

### _Matter:_

HEARING ON CONFIRMATION OF PLAN
**R / M #:**   167 / 235

Case 2:12-bk-05106-MCW    Doc 236    Filed 04/22/14    Entered 04/23/14 09:46:47    Desc
Main document    Page 1 of 1